BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, State Bar of New York
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Judy Bruner,
Lloyd A. Carney, Renato A. DiPentima,
Alan L. Earhart, John W. Gerdelman,
Kim C. Goodman, David L. House,
L. William Krause, David E. Roberson,
and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BRAGAN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BROCADE COMMUNICATIONS SYSTEMS, INC., JUDY BRUNER, LLOYD A. CARNEY, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, SANJAY VASWANI, BROADCOM LIMITED, BROADCOM CORPORATION, and BOBCAT MERGER SUB, INC. <br><br> Defendants. | CASE NO.: 3:16-cv-07271-EMC <br><br> **STIPULATION AND [PROP~~OSE~~D] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> Before: Honorable Edward Milton Chen <br> Complaint Filed: December 21, 2016 |

STIP. & [PROPOSED] ORDER EXTENDING TIME TO
RESPOND
CASE NO. 3:16-CV-07271-EMC

1   WHEREAS, Plaintiff Douglas Bragan ("Plaintiff") filed his Complaint for Violation of
2   the Federal Securities Laws on December 21, 2016 ("Complaint");
3   WHEREAS, Defendants waived service of the Complaint, and their responses to the
4   Complaint are currently due February 21, 2017;
5   WHEREAS, the Court has ordered this case related to four other cases currently pending
6   in the Northern District of California, entitled *Steinberg v. Brocade Communications Systems,*
7   *Inc., et al.*, Case No. 3:16-cv-07081-EMC, *Gross v. Brocade Communications Systems, Inc., et*
8   *al.*, Case No. 3:16-cv-07173-EMC, *Jha v. Brocade Communications Systems, Inc., et al.*, Case
9   No. 3:16-cv-07270-EMC, and *Chuakay v. Brocade Communications Systems, Inc*, et al., Case
10  No. 3:17-cv-00058-EMC;
11  WHEREAS, counsel for Plaintiff and counsel for Defendants have stipulated that
12  Defendants need not answer the Complaint and shall meet and confer on a schedule after
13  consolidation of this case and the above-referenced cases and after the filing of a consolidated
14  amended complaint;
15  NOW, THEREFORE, the parties, by and through their respective counsel, stipulate and
16  agree as follows:
17       1.   Defendants shall not be required to, and shall not waive any rights, arguments, or
18  defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;
19       2.   Defendants and Plaintiff shall meet and confer on a schedule after consolidation
20  and the filing of a consolidated amended complaint;
21       3.   Nothing in this Stipulation shall be construed as a waiver of any of Defendants'
22  rights or positions in law or in equity, or as a waiver of any defenses that the Brocade Defendants
23  would otherwise have, including, without limitation, jurisdictional defenses.
24  IT IS SO STIPULATED.
25  Dated: February 6, 2017                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
26                                              BORIS FELDMAN
27
                                                By: /s/ Boris Feldman
28                                                  Boris Feldman

STIP. & [PROPOSED] ORDER EXTENDING TIME TO     -1-
RESPOND
CASE NO. 3:16-CV-07271-EMC

|  |  |
|---|---|
|  | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>boris.feldman@wsgr.com |
|  | Attorneys for Defendants Brocade Communications Systems, Inc., Judy Bruner, Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani |
| Dated: February 6, 2017 | LATHAM & WATKINS LLP<br>HILARY H. MATTIS<br><br>By: /s/ Hilary H. Mattis<br>      Hilary H. Mattis<br><br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>hilary.mattis@lw.com<br><br>Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Bobcat Merger Sub, Inc. |
| Dated: February 6, 2017 | BRODSKY & SMITH, LLC<br>EVAN J. SMITH<br><br>By: /s/ Evan J. Smith<br>      Evan J. Smith<br><br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Telephone: 610-667-6200<br>Facsimile: 610-667-9029<br>Email: esmith@brodsky-smith.com<br><br>Attorneys for Plaintiff |

# [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Defendants will not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: _____2/21/17_____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

**ATTESTATION**

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Hilary H. Mattis and Evan J. Smith have concurred in this filing.

Dated: February 6, 2017            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

                                   By: /s/ Boris Feldman
                                       Boris Feldman